**B1 (Official Form 1) (04/13)**

| United States Bankruptcy Court<br>Northern District of California | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Carroll, Regan** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Schedule Attached** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): **3243** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1051 Texas Street**<br>**San Francisco, CA**<br>ZIPCODE **94107** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**San Francisco** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.) _____

**Chapter 15 Debtor**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Carroll, Regan** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
   Signature of Attorney for Debtor(s)     Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Carroll, Regan** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ***/s/ Regan Carroll***
Signature of Debtor     **Regan Carroll**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**May 10, 2014**
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

X ***/s/ Joan M. Chipser***
Signature of Attorney for Debtor(s)

**Joan M. Chipser 83192**
**Joan M. Chipser**
**Attorney-at-Law**
**1 Green Hills Court**
**Millbrae, CA 94030**
**(650) 697-1564 Fax: (650) 873-2858**
**joanchipser@sbcglobal.net**

**May 10, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

| **Signature of Debtor (Corporation/Partnership)** | X _____ Signature |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**IN RE** Carroll, Regan                                                                 Case No. _____
                              Debtor(s)

# VOLUNTARY PETITION
### Continuation Sheet - Page 1 of 1

All Other Names used by the Debtor in the last 8 years:
- **dba 1169-1177 Tennessee St. Inc**
- **dba 4250 Orchard Park, LLC**
- **dba 713 - 715 San Bruno Avenue, Inc.**
- **dba Dogpatch Real Estate Co.**
- **dba Dorsey Redland Trust**
- **dba The Dorsey Redland Estate**
- **dba The Redland Group, Inc.**

**United States Bankruptcy Court**
**Northern District of California**

IN RE:                                                         Case No. _____

**Carroll, Regan**                          Chapter **7**
Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
# CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: ***/s/ Regan  Carroll***

Date: **May 10, 2014**

Certificate Number: 13791-CAN-CC-023275227


13791-CAN-CC-023275227

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>April 25, 2014</u>, at <u>5:29</u> o'clock <u>PM EDT</u>, <u>Regan Carroll</u> received from <u>DebtorWise Foundation</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt prepayment plan was prepared, a copy of the debt prepayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

| | | |
|---|---|---|
| Date: <u>April 25, 2014</u> | By: | <u>/s/Jennifer Stoughtenger</u> |
| | Name: | <u>Jennifer Stoughtenger</u> |
| | Title: | <u>Counselor</u> |

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* U.S.C. §§ 109(h) and 521(b).

**United States Bankruptcy Court**
**Northern District of California**

**IN RE:**                                                                 Case No. _____

**Carroll, Regan**_____  Chapter **7**_____
                                              Debtor(s)

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of _____**13**_ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **May 10, 2014**


                                                  _/s/ Joan M. Chipser_____
                                                  Signature of Debtor's Attorney or Pro Per Debtor

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

1155-1177 Tennessee Street Owners Assn
1171A Tennessee Street
San Francisco, CA  94107


1169-1177 Tennessee Street, Inc.
1051 Texas Street
San Francisco, CA  94107


4250 Orchard Park, LLC
366 Pennsylvania Street
San Francisco, CA  94107


713-715 San Bruno Avenue, Inc.
1051 Texas Street
San Francisco, CA  94107


American Express
P.O. Box 981535
El Paso, TX  79998-1535


American Express
P.O. Box 981540
El Paso, TX  79998-1540


American Express
C/O Nationwide Credit
P.O. Box 26314
Lehigh Valley, PA  18002-6314


American Express
C/O Gatestone & Co. Int'l Inc.
P.O. Box 101928 Dept 4947A
Birmingham, AL  35210-1928

Ameritech Computer Services Inc
2688 Third Street
San Francisco, CA   94107


AT&T
Business Service
14575 Presidio Square Rm CR
Houston, TX   77083


Barclay Bank Delaware
C/O Capital Management Services LP
698 1/2 S. Ogden Street
Buffalo, NY   14206-2317


Barclaycard
P.O. Box 8802
Wilmington, DE   19899-8802


Bay Commercial Bank
500 Ygnacio Valley Road Ste 130
Walnut Creek, CA   94596


Beronio Lumber
2525 Marin Street
San Francisco, CA   94124


Blaze/Golden Gate Supply
101 Cargo Way
San Francisco, CA   94124


Calif. Employment Development Department
Bankruptcy Unit - MIC 92E
P.O. Box 826880
Sacramento, CA   94280-0001

California Emergency Physicians Med Grp
1700 Coffee Rd
Modesto, CA  95355


Campus Surgery Center
3190 S. Bascom Ave Ste. 140
San Jose, CA  95124


Campus Surgery Center
C/O Transworld Systems
507 Prudential Rd
Horsham, PA  19044


Capital One
Attn:  Bankruptcy Department
P.O. Box 30285
Salt Lake City, UT  84130-0285


Card Services
P.O. Box 8833
Wilmington, DE  19899-8833


Center Hardware
999 Mariposa Street
San Francisco, CA  94107


Charles Jadallah
4 West 4th Ave., Ste. C
San Mateo, CA  94402


Charles Jadallah
C/O Gregory Rocca
395 W Portal Ave
San Francisco, CA  94127-1411

City & County Of San Francisco
Tax Collector
1 Dr. Carlton B. Goodlett Place Rm 140
San Francisco, CA  94102


College Health IPA
5665 Plaza Drive Ste. 400
Cypress, CA  90630


Comcast
9602 S 300 W Ste B
Sandy, UT  84070-3302


Comcast
C/O Stellar Recovery
1327 Highway 2w Ste. 100
Kalispell, MT  59901-3413


Complete Security
23 Stevenson Street
San Francisco, CA  94105


Concentra
P.O. Box 3700
Rancho Cucamonga, CA  91729


Concentra Med Ctr/Employer
C/O Medicredit, Inc.
P.O. Box 1629
Maryland Heights, MO  63043-0629


Crime Watch Security Systems Inc.
1355 Fairfax Avenue, Ste B
San Francisco, CA  94124

```
CT Corporation
1350 Treat Blvd. Ste. 350
Walnut Creek, CA   94597


David Prager
1173 Tennessee Street
San Francisco, CA   94107


Dogpatch Real Estate Co.
1051 Texas Street
San Francisco, CA   94107


Dorsey Redland Trust
1051 Texas Street
San Francisco, CA   94107


Franchise Tax Board
Bankruptcy Section, MS A -340
P.O. Box 2952
Sacramento, CA   95812-2952


Franchise Tax Board
Offset Program MS-A141
P.O. Box 942857
Sacramento, CA   94257-0531


Golden State Lumber
855 Lakeville Street Ste 200
Petaluma, CA   94952


Golden State Lumber
C/O Brian P Hedstrom
855 Lakeville Street Ste 200
Petaluma, CA   94952
```

Gordon & Rees
275 Battery St. Ste. 2000
San Francisco, CA  94111


HJ Rabbitt & Sons, Inc.
894 35th Avenue
San Francisco, CA  94121


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346


Jack Wholey
1004 Ventura Avenue
Albany, CA  94706


Janine A. Jadallah
1742 Los Altos Drive
San Mateo, CA  94402


John Davis
Attorney-At-Law
Worland, WY  00000


John W. Davis
Attorney-At-Law
718 Big Horn Avenue
Worland, WY  82401


King Scaffolding, Inc.
265 Wattis Way
South San Francisco, CA  94080

Kitchen Sync
Garry Craddock
1752 Church Street
San Francisco, CA  94131


Kristin Swanson
1171 Tennessee Street
San Francisco, CA  94107


Lowes/GE Capital Retail Bank
C/O D&S Ltd.
13809 Research Blvd. Ste 800
Austin, TX  78750


Lowes/GE Capital Retail Bank
Attn:  Bankruptcy Dept.
P.O. Box 103104
Roswell, GA  30076


MacMurray Pacific
568 Seventh Street
San Francisco, CA  94013


Macys
Bankruptcy Processing
P.O. Box 8053
Mason, OH  45040


Macys
P.O. Box 6167
Sioux Falls, SD  57117-6167


Macys
C/O Credit Control LLC
P.O. Box 31179
Tampa, FL  33631-3179

Marin General Hospital
250 Bon Air Road
Greenbrae, CA   94904


Marten & Sari Stenfors
1177 Tennessee Street
San Francisco, CA   94107


Meg & Christian Sotto
1175 Tennessee Street
San Francisco, CA   94107


Meinecke & Sitz, LLC
1513 Beck Avenue
Cody, WY   82414


Mel Blaustein MD
1199 Bush Street Ste 600
San Francisco, CA   94109


Mildred Adler
1161 Tennessee Street
San Francisco, CA   94107


Murphy Pearson Bradley & Feeney
88 Kearny Street Tenth Floor
San Francisco, CA   94108


National Construction Rentals
C/O Jonathan Neil & Associates
18321 Ventura Blvd. Ste. 1000
Tarzana, CA   91356


National Construction Rentals
1300 Business Center Drive
San Leandro, CA   94577

Office Of Treasurer & Tax Collector
City & County Of San Francisco
1 Dr. Carlton B. Goodlett Place
San Francisco, CA  94102-4638


Pacific Gas & Electric
2225 Folsom Street
San Francisco, CA  94110


Patrick (Lindsay) & Virginia Gravette
1155 Tennessee Street
San Francisco, CA  94107


Quest Diagnostics
P.O. Box 7306
Hollister, MO  65673-7306


Reclogy Sunset Scavenger
250 Executive Park Blvd. Ste. 2100
San Francisco, CA  94134-3306


San Francisco Gravel Co
552 Berry Street
San Francisco, CA  94107-1506


San Francisco Water Power And Sewer
525 Golden Gate Avenue
San Francisco, CA  94102


Santos & Urrutia, Inc.
2451 Harrison Street
San Francisco, CA  94110

Seosamh O'Briain  
Dba Ace Drilling & Excavation  
1612 Noriega Street  
San Francisco, CA   94122  


Seosamh O'Briain Dba Ace Drilling & Exca  
1612 Noriega Street  
San Francisco, CA   94122  


Seosamh O'Briain Dba Ace Drilling & Exca  
C/O McInerney & Dillon PC  
1999 Harrison St Ste 1700  
Oakland, CA   94612  


Shawn & Jackie Gorman  
366 Pennsylvania Street  
San Francisco, CA   94107  


Shawn & Jaclyn Gorman  
366 Pennsylvania Street  
San Francisco, CA   94107  


St. Francis Memorial Hospital  
Centralized Business Office  
3215 Prospect Park  
Rancho Cordova, CA   95670  


State Compensation Insurance Fund  
P.O. Box 8192  
Pleasanton, CA   94588-8792  


Stephen O'Kane  
Stephen O'Kane Construction  
1842 21st Avenue  
San Francisco, CA   94122

Stephen O'Kane dba Stephen O'Kane Constr
C/O McInerney & Dillon PC
1999 Harrison St Ste 1700
Oakland, CA   94612


Tax Collector
Greenville County
301 University RDG Ste. 700
Greenville, SC   29601-3659


The Cincinnati Insurance Company
C/O Thomas K. McMackin
6200 South Gilmore Rd.
Fairfield, OH   45014-5141


The Cincinnati Insurance Company
6200 South Gilmore Rd.
Fairfield, OH   45014-5141


The Dorsey Redland Estate
1051 Texas Street
San Francisco, CA   94107


The Insco Dico Group
P.O. Box 19725
Irvine, CA   92623


The National Collection Agency
1620 School Street #105
Moraga, CA   94556


The National Collection Agency
C/O Fred Keeperman
1620 School Street #107
Moraga, CA   94556

The Olympic Club
524 Post Street
San Francisco, CA   94102


The Olympic Club
C/O Fred Keeperman
1620 School Street Ste 107
Moraga, CA   94556


The Redland Group, Inc.
1051 Texas Street
San Francisco, CA   94107


Timothy Desmond CPA
2555 Flores Street #200
San Mateo, CA   94403


Tom Kovats
1163 Tennessee Street
San Francisco, CA   94107


UCSF Medical Center
Patient Financial Services
P.O. Box 0810
San Francisco, CA   94143-0810


UCSF Medical Center
C/O Healthcare Recovery Solutions
1515 190th St. Ste 350
Gardena, CA   90248-4910


USAA Credit Card
P.O. Box 65020
San Antonio, TX   78265-5020

```
Vista Bank
P.O. Box 315
Aiken, SC   29802-0315


Vista Imaging Services Inc.
3941 Park Drive, Suite 20-463
El Dorado Hills, CA  95762


Zacks & Freedman
235 Montgomery St. Ste. 400
San Francisco, CA  94104
```