# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CARROLL, REGAN | § Case No. 14-30726-BLH |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Janina M. Hoskins, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $50,612.00 | Assets Exempt: $59,700.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants:$1,964,650.88 | Claims Discharged |
| | Without Payment: $2,096,477.16 |
| Total Expenses of Administration:$860,597.08 | |

3) Total gross receipts of $ 2,825,247.96 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $2,825,247.96 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $930,030.00 | $2,365,134.11 | $1,558,384.71 | $1,558,384.71 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 805,381.79 | 860,597.08 | 860,597.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 25.00 | 101,214.09 | 44,210.07 | 44,210.07 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 4,097,575.00 | 1,155,120.26 | 375,680.26 | 362,056.10 |
| **TOTAL DISBURSEMENTS** | $5,027,630.00 | $4,426,850.25 | $2,838,872.12 | $2,825,247.96 |

4) This case was originally filed under Chapter 7 on May 11, 2014. The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/14/2017 By: /s/Janina M. Hoskins

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Jefferson Pilot Insurance Policy 500K face value | 1129-000 | 1,336.73 |
| Bay Commercial Bank common stock - 350 Shares | 1129-000 | 9,987.50 |
| 1996 Dodge 3500 pick-up(holds title with Dog Pat | 1129-000 | 3,051.00 |
| Skytrak Boom Forklift located in Livingston, Mon | 1129-000 | 20,000.00 |
| Insurance Refund (u) | 1229-000 | 27.29 |
| Balance Due from attorney | 1129-000 | 157.16 |
| UNDISCLOSED ASSET- COIN Collection | 1229-000 | 1,142.00 |
| 2013 State Tax Refund | 1224-000 | 40,451.00 |
| TAX REFUNDS | 1224-000 | 392.85 |
| TAX REFUNDS | 1224-000 | 9,490.50 |
| TAX REFUNDS | 1224-000 | 111.00 |
| TAX REFUNDS - 2016 CA Refund | 1224-002 | 43,854.18 |
| 4250 Orchard Park Interest | 1129-000 | 135,000.00 |
| 400 Pelham Street- 713-715 San Bruno | 1129-000 | 930,503.56 |
| 1169 Tennessee Condo | 1129-000 | 285,000.00 |
| 3 vacant lots: 1058 Mississippi and 999 Texas | 1129-000 | 1,344,743.19 |
| **TOTAL GROSS RECEIPTS** | | **$2,825,247.96** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4S-1 | Tennessee Street Owners Assn | 4120-000 | N/A | 8,356.73 | 12,558.44 | 12,558.44 |
| 9S-1 | Department of the Treasury | 4110-000 | N/A | 648,572.56 | 777,335.82 | 777,335.82 |
| 14 -1 | Stephen O'Kane dba Stephen O'Kane Construction | 4110-000 | 133,562.00 | 156,181.63 | 0.00 | 0.00 |
| 15 -1 | Seosamh O'Briain dba Ace Drilling & Excavation | 4110-000 | 29,870.00 | 33,532.74 | 0.00 | 0.00 |
| 16S-1 | Charles I. Jadallah | 4110-000 | N/A | 750,000.00 | 0.00 | 0.00 |
| 106 -1 | San Francisco County Tax Collector | 4700-000 | N/A | 9,067.35 | 9,067.35 | 9,067.35 |
| 400 -1 | Vista Bank | 4110-000 | 766,598.00 | 759,423.10 | 759,423.10 | 759,423.10 |
| **TOTAL SECURED CLAIMS** | | | **$930,030.00** | **$2,365,134.11** | **$1,558,384.71** | **$1,558,384.71** |

# EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Janina M. Hoskins | 2100-000 | N/A | 104,346.10 | 104,346.10 | 104,346.10 |
| Janina M. Hoskins | 2200-000 | N/A | 171.40 | 171.40 | 171.40 |
| State of South Carolina Secretary of State | 2820-000 | N/A | 25.00 | 0.00 | 0.00 |
| Franchise Tax Board | 2820-000 | N/A | 2,400.00 | 2,400.00 | 2,400.00 |
| Dentons US LLP | 3210-000 | N/A | 189,368.00 | 237,095.50 | 237,095.50 |
| Dentons US LLP | 3220-000 | N/A | 1,030.83 | 1,220.09 | 1,220.09 |
| BACHEKI, CROM & CO., CPA'S | 3410-000 | N/A | 223,969.50 | 223,969.50 | 223,969.50 |
| BACHEKI, CROM & CO., CPA'S | 3420-000 | N/A | 658.74 | 658.74 | 658.74 |
| West Auctions | 3610-000 | N/A | 366.12 | 366.12 | 366.12 |
| West Auctions | 3620-000 | N/A | 811.01 | 811.01 | 811.01 |
| Western Financial Corp. | 3992-000 | N/A | 302.00 | 307.74 | 307.74 |
| South Carolina Dept. of Revenue | 2820-000 | N/A | 335.72 | 335.72 | 335.72 |
| Property Management Systems | 3510-000 | N/A | 8,550.00 | 8,550.00 | 8,550.00 |
| Vanguard Properties | 3510-000 | N/A | 7,125.00 | 7,125.00 | 7,125.00 |
| San Francisco Tax Collector | 2820-000 | N/A | 865.15 | 865.15 | 865.15 |
| North American Title Company | 2500-000 | N/A | 90.00 | 90.00 | 90.00 |
| State of Califonria- Franchise Tax Board | 2820-000 | N/A | 9,490.50 | 9,490.50 | 9,490.50 |

| | | | | | |
|---|---|---|---|---|---|
| JCP-LGS Reports Natural Hazard Disclosures | 2500-000 | N/A | 142.95 | 142.95 | 142.95 |
| San Francisco County Tax Collector | 2820-000 | N/A | 113.77 | 113.77 | 113.77 |
| HOA for Condos- Tennessee Street 1155-1177 | 2990-000 | N/A | 8.46 | 8.46 | 8.46 |
| MTK Properties | 3510-000 | N/A | 39,150.00 | 39,150.00 | 39,150.00 |
| Property Management Systems | 3510-000 | N/A | 39,150.00 | 39,150.00 | 39,150.00 |
| Franchise Tax Board | 2820-000 | N/A | 43,457.00 | 43,457.00 | 43,457.00 |
| Property ID | 2500-000 | N/A | 99.00 | 99.00 | 99.00 |
| North American Title | 2500-000 | N/A | 45.00 | 45.00 | 45.00 |
| North American Title Company | 2500-000 | N/A | 60.00 | 60.00 | 60.00 |
| San Francisco County Tax Collector | 2820-000 | N/A | 5,421.35 | 7,192.71 | 7,192.71 |
| Coldwell Bank Caine | 3510-000 | N/A | 27,300.00 | 27,300.00 | 27,300.00 |
| Landston Black Real Estate | 3510-000 | N/A | 27,300.00 | 27,300.00 | 27,300.00 |
| County Revenue Stamps | 2820-000 | N/A | 1,683.50 | 1,683.50 | 1,683.50 |
| Bell, Carrington & Price | 3210-600 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| Brian A. Martin, LLC | 2500-000 | N/A | 137.50 | 137.50 | 137.50 |
| County real property taxes- 2015 pro rated | 2820-000 | N/A | 8,424.42 | 8,424.42 | 8,424.42 |
| Pelham Park, LLC 400 | 2500-000 | N/A | 21,311.66 | 21,311.66 | 21,311.66 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 833.79 | 724.22 | 724.22 |
| Franchise Tax Board | 2820-000 | N/A | 2,732.00 | 8,388.00 | 8,388.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 274.61 | 274.61 | 274.61 |
| Rabobank, N.A. | 2600-000 | N/A | 303.77 | 303.77 | 303.77 |
| Rabobank, N.A. | 2600-000 | N/A | 389.02 | 389.02 | 389.02 |
| Rabobank, N.A. | 2600-000 | N/A | 359.39 | 359.39 | 359.39 |
| Rabobank, N.A. | 2600-000 | N/A | 351.78 | 351.78 | 351.78 |
| Rabobank, N.A. | 2600-000 | N/A | 386.84 | 386.84 | 386.84 |
| Rabobank, N.A. | 2600-000 | N/A | 2,027.87 | 2,027.87 | 2,027.87 |
| Rabobank, N.A. | 2600-000 | N/A | 2,164.88 | 2,164.88 | 2,164.88 |
| Rabobank, N.A. | 2600-000 | N/A | 2,502.79 | 2,502.79 | 2,502.79 |
| Rabobank, N.A. | 2600-000 | N/A | 2,493.43 | 2,493.43 | 2,493.43 |
| Rabobank, N.A. | 2600-000 | N/A | 2,336.59 | 2,336.59 | 2,336.59 |
| Rabobank, N.A. | 2600-000 | N/A | 2,584.30 | 2,584.30 | 2,584.30 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 2,430.60 | 2,430.60 | 2,430.60 | |
| Rabobank, N.A. | 2600-000 | N/A | 2,346.20 | 2,346.20 | 2,346.20 | |
| Rabobank, N.A. | 2600-000 | N/A | 2,529.40 | 2,529.40 | 2,529.40 | |
| Rabobank, N.A. | 2600-000 | N/A | 1,904.15 | 1,904.15 | 1,904.15 | |
| Rabobank, N.A. | 2600-000 | N/A | 1,800.01 | 1,800.01 | 1,800.01 | |
| Rabobank, N.A. | 2600-000 | N/A | 2,043.35 | 2,043.35 | 2,043.35 | |
| Rabobank, N.A. | 2600-000 | N/A | 1,786.99 | 1,786.99 | 1,786.99 | |
| Rabobank, N.A. | 2600-000 | N/A | 1,784.51 | 1,784.51 | 1,784.51 | |
| Rabobank, N.A. | 2600-000 | N/A | 1,507.75 | 1,507.75 | 1,507.75 | |
| Rabobank, N.A. | 2600-000 | N/A | 702.09 | 702.09 | 702.09 | |
| Rabobank, N.A. | 2600-000 | N/A | 797.82 | 797.82 | 797.82 | |
| Rabobank, N.A. | 2600-000 | N/A | 768.18 | 768.18 | 768.18 | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $805,381.79 | $860,597.08 | $860,597.08 | |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 -1 | Department of the Treasury | 5800-000 | 25.00 | 57,415.06 | 0.00 | 0.00 |
| 500 -1 | U.S. Treasury | 5800-000 | N/A | 390.00 | 390.00 | 390.00 |
| 501 -1 | South Carolina Dept. of Revenue | 5800-000 | N/A | 219.00 | 219.00 | 219.00 |
| 1000 -1 | North American Title Company | 5600-002 | N/A | 39,150.00 | 39,150.00 | 39,150.00 |
| 1000 -1 | United States Treasury | 5800-000 | N/A | 390.00 | 390.00 | 390.00 |
| 1001 -1 | South Carolina Dept. of Revenue | 5800-000 | N/A | 476.00 | 887.04 | 887.04 |
| 1003 -1 | State of California | 5800-000 | N/A | 3,174.03 | 3,174.03 | 3,174.03 |
| NOTFILED-1 | Franchise Tax Board | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Internal Revenue Service | 5200-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $25.00 | $101,214.09 | $44,210.07 | $44,210.07 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -1 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 1,582.62 | 1,582.62 | 1,525.24 |
| 2 -1 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 959.56 | 959.56 | 924.76 |
| 3 -1 | Moto Group | 7100-000 | N/A | 111,146.66 | 111,146.66 | 107,115.89 |
| 4U-1 | Tennessee Street Owners Assn | 7100-000 | 3,088.00 | 3,650.00 | 0.00 | 0.00 |
| 5 -1 | CERASTES, LLC | 7100-000 | N/A | 8,991.64 | 8,991.64 | 8,665.56 |
| 6 -1 | The Moto Group | 7100-000 | N/A | 19,668.53 | 19,668.53 | 18,955.24 |
| 7 -1 | MacMurray Pacific | 7100-000 | 100,428.00 | 2,114.41 | 2,114.41 | 2,037.73 |
| 8 -1 | American Express Centurion Bank | 7100-000 | 2,125.00 | 2,124.82 | 2,124.82 | 2,047.76 |
| 10 -1 | Developers Surety And Indemnity Company | 7100-000 | N/A | 19,093.00 | 0.00 | 0.00 |
| 11 -1 | Ameritech Computer Services Inc | 7100-000 | 3,500.00 | 4,866.33 | 4,866.33 | 4,689.85 |
| 12 -1 | state comp ins fund | 7100-000 | 5,209.00 | 1,111.21 | 1,111.21 | 1,070.91 |
| 13 -1 | Sean Gorman | 7100-000 | 50,000.00 | 49,064.36 | 49,064.36 | 47,285.03 |
| 16U-1 | Charles I. Jadallah | 7100-000 | 1,821,000.00 | 750,000.00 | 150,000.00 | 144,560.20 |
| 17 -1 | Orchard Park LLC | 7100-000 | N/A | 156,697.00 | 0.00 | 0.00 |
| 19 -1 | Joan Desmond | 7100-000 | 7,075.00 | 24,031.70 | 24,031.70 | 23,160.18 |
| 18U--1 | South Carolina Dept. of Revenue | 7100-000 | 22,297.00 | 18.42 | 18.42 | 17.75 |
| NOTFILED-1 | Meinecke & Sitz, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Joanne Porter | 7100-000 | 598.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Janine A. Jadallah | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Jack Wholey | 7100-000 | 3,365.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | National Construction Rentals | 7100-000 | 487.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Mel Blaustein MD | 7100-000 | 180.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Office Of Treasurer & Tax Collector City & County Of | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Pacific Gas & Electric | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | John W. Davis Attorney-At-Law | 7100-000 | 1,045.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Mildred Adler | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | National Construction Rentals C/O Jonathan Neil & | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Lowes/GE Capital Retail Bank C/O D&S Ltd. | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED-1 | King Scaffolding, Inc. | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Macys | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Marten & Sari Stenfors | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Macys C/O Credit Control LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Macys Bankruptcy Processing | 7100-000 | 996.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Marin General Hospital | 7100-000 | 1,134.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Meg & Christian Sotto | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Patrick (Lindsay) & Virginia Gravette | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Kristin Swanson | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Lowes/GE Capital Retail Bank | 7100-000 | 795.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Kitchen Sync Garry Craddock | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | MacMurray Pacific | 7100-000 | 2,087.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | The Cincinnati Insurance Company C/O Thomas K. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Premier Locksmiths | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | The Olympic Club C/O Fred Keeperman | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Tom Kovats | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | The Olympic Club | 7100-000 | 2,927.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Tom Kovats | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | The National Collection Agency C/O Fred Keeperman | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | UCSF Medical Center Patient Financial Services | 7100-000 | 408.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Vista Imaging Services Inc. | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Zacks & Freedman | 7100-000 | 24,283.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | USAA Credit Card | 7100-000 | 28,522.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | The National Collection Agency | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | UCSF Medical Center C/O Healthcare Recovery | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | The Cincinnati Insurance Company | 7100-000 | 189.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | The Insco Dico Group | 7100-000 | 1,080.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | San Francisco Gravel Co | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | San Francisco Water Power And Sewer | 7100-000 | 86.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Reece Walker | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Santos & Urrutia, Inc. | 7100-000 | 23,439.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Reclogy Sunset Scavenger | 7100-000 | 264.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Seosamh O'Briain Dba Ace Drilling & Exca C/O | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Stephen O'Kane dba Stephen O'Kane Constr C/O McInerney | 7100-000 | 0.00 | N/A | N/A | 0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED-1 | Internal Revenue Service | 7100-000 | 648,573.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | State Compensation Insurance Fund | 7100-000 | 261.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Quest Diagnostics | 7100-000 | 21.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | St. Francis Memorial Hospital Centralized | 7100-000 | 650.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Barclaycard | 7100-000 | 8,556.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | HJ Rabbitt & Sons, Inc. | 7100-000 | 4,500.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Franchise Tax Board | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Internal Revenue Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | American Express | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | American Express C/O Nationwide Credit | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | AT&T Business Service | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Barclay Bank Delaware C/O Capital Management Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | AT&T Business Service | 7100-000 | 85.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | American Express C/O Gatestone & Co. Int'l Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Bay Commercial Bank | 7100-000 | 1,240,424.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Complete Security | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Concentra | 7100-000 | 140.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Comcast C/O Stellar Recovery | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Concentra Med Ctr/Employer C/O Medicredit, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Comcast | 7100-000 | 665.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | CT Corporation | 7100-000 | 284.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Crime Watch Security Systems Inc. | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Golden State Lumber | 7100-000 | 37,133.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Golden State Lumber C/O Brian P Hedstrom | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Franchise Tax Board | 7100-000 | 2,787.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | College Health IPA | 7100-000 | 369.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | David Prager | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | City & County Of San Francisco Tax Collector | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | California Emergency Physicians Med Grp | 7100-000 | 120.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Campus Surgery Center | 7100-000 | 204.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Blaze/Golden Gate Supply | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Campus Surgery Center C/O Transworld Systems | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Beronio Lumber | 7100-000 | 18,699.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Capital One | 7100-000 | 1,514.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED-1 Capital One | 7100-000 | 960.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Charles Jadallah C/O Gregory Rocca | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Center Hardware | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Gordon & Rees | 7100-000 | 1,773.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Card Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $4,097,575.00 | $1,155,120.26 | $375,680.26 | $362,056.10 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | | |
|---|---|---|---|
| **Case Number:** 14-30726-BLH | | **Trustee:** (007880) Janina M. Hoskins | |
| **Case Name:** CARROLL, REGAN | | **Filed (f) or Converted (c):** 05/11/14 (f) | |
| | | **§341(a) Meeting Date:** 06/18/14 | |
| **Period Ending:** 03/14/17 | | **Claims Bar Date:** 09/06/14 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash<br>Imported from original petition Doc# 8 | 230.00 | 0.00 | | 0.00 | FA |
| 2 | Bay Commercial Bank Checking Account<br>Imported from original petition Doc# 8 (See Footnote) | 423.00 | 423.00 | | 0.00 | FA |
| 3 | Bay Commercial Bank Savings Account in banks, sa<br>Imported from original petition Doc# 8 (See Footnote) | 4.00 | 4.00 | | 0.00 | FA |
| 4 | Realtor Federal Credit Union Account<br>Imported from original petition Doc# 8 (See Footnote) | 101.00 | 101.00 | | 0.00 | FA |
| 5 | Wells Fargo Checking brokerage houses, or<br>Imported from original petition Doc# 8 | 23,209.00 | 0.00 | | 0.00 | FA |
| 6 | Wells Fargo Savings<br>Imported from original petition Doc# 8 | 25.00 | 0.00 | | 0.00 | FA |
| 7 | Furniture, furnishings, electronics & personal e<br>Imported from original petition Doc# 8 | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Clothes<br>Imported from original petition Doc# 8 | 200.00 | 0.00 | | 0.00 | FA |
| 9 | 2 Casio Watches and 1 Fossil Watch<br>Imported from original petition Doc# 8 | 50.00 | 0.00 | | 0.00 | FA |
| 10 | 12 gauge shotgun and 4 AR-15 rifles located in W<br>Imported from original petition Doc# 8 | 2,500.00 | 0.00 | | 0.00 | FA |
| 11 | Cameras, video cameras, golf clubs, tennis racke<br>Imported from original petition Doc# 8 | 300.00 | 0.00 | | 0.00 | FA |
| 12 | Musical instruments, equipment and accessories<br>Imported from original petition Doc# 8 | 9,700.00 | 0.00 | | 0.00 | FA |
| 13 | Ruger "Rancher" Mini-14 Rifle located in San Fra<br>Imported from original petition Doc# 8 | 700.00 | 0.00 | | 0.00 | FA |
| 14 | Jefferson Pilot Insurance Policy 500K face value<br>Imported from original petition Doc# 8 (See Footnote) | 19,031.00 | 0.00 | | 1,336.73 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 14-30726-BLH | Trustee: (007880) Janina M. Hoskins |
| Case Name: CARROLL, REGAN | Filed (f) or Converted (c): 05/11/14 (f) |
| | §341(a) Meeting Date: 06/18/14 |
| Period Ending: 03/14/17 | Claims Bar Date: 09/06/14 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | Bay Commercial Bank common stock - 350 Shares<br>Imported from original petition Doc# 8: 850 shares<br>total (See Footnote) | 3,588.00 | 3,588.00 | | 9,987.50 | FA |
| 16 | Dog Patch Real Estate Co. Stock Itemize.<br>Imported from original petition Doc# 8 | Unknown | 0.00 | | 0.00 | FA |
| 17 | Small amounts of stock in Kemper, Ameriprise and<br>Imported from original petition Doc# 8 (See<br>Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 18 | The Redland Group, Inc. Stock & Subsidiaries, wh<br>Imported from original petition Doc# 8 (See<br>Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 19 | Sole Beneficiary of the Dorsey Redland Trust Sol<br>Imported from original petition Doc# 8 (See<br>Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 20 | 1975 CZ Motorcycle<br>Imported from original petition Doc# 8 | 1,000.00 | 0.00 | | 0.00 | FA |
| 21 | 1982 Mercedes 300TD (holds title with Dog Patch<br>Imported from original petition Doc# 8 | 1,250.00 | 0.00 | | 0.00 | FA |
| 22 | 1983 Mercedes 300TD (holds title with Dog Patch<br>Imported from original petition Doc# 8 | 1,250.00 | 0.00 | | 0.00 | FA |
| 23 | 1985 Ford F250 Pick Up (holds title with Dog Pat<br>Imported from original petition Doc# 8 | 0.00 | 0.00 | | 0.00 | FA |
| 24 | 1996 Dodge 3500 pick-up(holds title with Dog Pat<br>Imported from original petition Doc# 8 (See<br>Footnote) | 2,000.00 | 2,000.00 | | 3,051.00 | FA |
| 25 | 2001 Dodge 2500 located in Ten Sleep, WY (holds<br>Imported from original petition Doc# 8 (See<br>Footnote) | 8,920.00 | 5,920.00 | | 0.00 | FA |
| 26 | Motorcycle Trailer<br>Imported from original petition Doc# 8 | 50.00 | 0.00 | | 0.00 | FA |
| 27 | 2 Desks; 2 Office Chairs; laptop and iPad<br>Imported from original petition Doc# 8 | 200.00 | 0.00 | | 0.00 | FA |
| 28 | Skytrak Boom Forklift located in Livingston, Mon | 30,000.00 | 30,000.00 | | 20,000.00 | FA |

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 14-30726-BLH | | Trustee: | (007880) | Janina M. Hoskins |
|---|---|---|---|---|---|
| Case Name: | CARROLL, REGAN | | Filed (f) or Converted (c): | 05/11/14 (f) | |
| | | | §341(a) Meeting Date: | 06/18/14 | |
| Period Ending: 03/14/17 | | | Claims Bar Date: | 09/06/14 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | Imported from original petition Doc# 8 (See Footnote) | | | | | |
| 29 | German Shepard<br>Imported from original petition Doc# 8 | 0.00 | 0.00 | | 0.00 | FA |
| 30 | Domain names: Redland Group.com; .net and .org;<br>Imported from original petition Doc# 8 | Unknown | 0.00 | | 0.00 | FA |
| 31 | balance due from attorney - VOID AS DUPLICATE<br>Imported from original petition Doc# 8 (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 32 | Insurance Refund (u) (u) | 0.00 | 27.29 | | 27.29 | FA |
| 33 | Balance Due from attorney (See Footnote) | 157.00 | 157.16 | | 157.16 | FA |
| 34 | UNDISCLOSED ASSET- COIN Collection (u)<br>Coin collection (See Footnote) | Unknown | 2,000.00 | | 1,142.00 | FA |
| 35 | 2013 State Tax Refund (u)<br>2013 Calfornia tax refund (See Footnote) | 0.00 | 40,451.00 | | 40,451.00 | FA |
| 36 | TAX REFUNDS (u) | 0.00 | 392.85 | | 392.85 | FA |
| 37 | TAX REFUNDS (u)<br>2014- post-petition tax refund from Franchise tax Board | 0.00 | 9,491.00 | | 9,490.50 | FA |
| 38 | TAX REFUNDS (u) | 0.00 | 110.00 | | 111.00 | FA |
| 39 | TAX REFUNDS - 2016 CA Refund (u)<br>2016 Estate, State of CA tax refund | 0.00 | 43,457.00 | | 43,854.18 | FA |
| 40 | 4250 Orchard Park Interest<br>Asset owned by The Redland group- Asset no. 18 (See Footnote) | Unknown | 150,000.00 | | 135,000.00 | FA |
| 41 | 400 Pelham Street- 713-715 San Bruno<br>Commercial property owned by 713-715 San Bruno LLC- owned by The Redland Group- Asset no. 18 (See Footnote) | Unknown | 190,000.00 | | 930,503.56 | FA |
| 42 | 1169 Tennessee Condo<br>Condo owned by the Redland Group- Asset No. 18 (See Footnote) | Unknown | 177,000.00 | | 285,000.00 | FA |

Exhibit 8

Page: 4

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 14-30726-BLH | **Trustee:** (007880) Janina M. Hoskins | |
| **Case Name:** CARROLL, REGAN | **Filed (f) or Converted (c):** 05/11/14 (f) | |
| | **§341(a) Meeting Date:** 06/18/14 | |
| **Period Ending:** 03/14/17 | **Claims Bar Date:** 09/06/14 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 43 | 3 vacant lots: 1058 Mississippi and 999 Texas<br>3 lots owned by the Redland Group- Asset no. 18<br>(See Footnote) | Unknown | 705,000.00 | | 1,344,743.19 | FA |
| **43** | **Assets** **Totals** (Excluding unknown values) | **$105,388.00** | **$1,360,122.30** | | **$2,825,247.96** | **$0.00** |

| | |
|---|---|
| RE PROP# 2 | no response to demand, cost to recover |
| RE PROP# 3 | no response to demand, cost to recover- Dorsey Redland trust asset |
| RE PROP# 4 | no response to demand, cost to recover |
| RE PROP# 14 | total funds $18,432.73 upon liquidation |
| RE PROP# 15 | Report of sale- docket #152 |
| RE PROP# 17 | Debtor not able to locate- not sure of amount or entity that may have owned stock |
| RE PROP# 18 | Assets liquidated entered under Asset nos. 40 -43 |
| RE PROP# 19 | Assets flow into the Redland Group- tax liens exist against Dorsey Redland Trust |
| RE PROP# 24 | Report of sale filed- Dckt. 141 |
| RE PROP# 25 | exact location unknow, cost prohibitive to recover out of state |
| RE PROP# 28 | Report of sale filed- docket 82 |
| RE PROP# 31 | DUPLICATE OF 33- collected in full |
| RE PROP# 33 | same as asset no. 31 |
| RE PROP# 34 | Report of Sale filed- Dckt. 109 |
| RE PROP# 35 | pending after Estate filed taxes |
| RE PROP# 40 | Sale Order- Dckt. 107, Report Dckt. 107 |
| RE PROP# 41 | Sale Order- Dckt. 131, Sale Report Dckt. 134 |
| RE PROP# 42 | sale Order Dckt. 59, Report of Sale Dckt. 62 |
| RE PROP# 43 | Sale Order Dckt. 97, Report Dckt. 108 |

**Major Activities Affecting Case Closing:**

5/12/14-jmh cae review- skeletal, google search

6/10/14- send out bank account turnover demands

6/19/14- f.u . re liquidation analysis

9/8/14- review tax analysis re sale issues

9/22/14-jmh review claims

10/15/14-f.u.r e forklift location and ability to liquidate

12/15/14- F.u. re lot sale and title issues

2/27/15- confirm Order re sale of lots

4/24/15- confirm Motion re sale of 400 Pelham

6/25/15- confirm Report of sale re 400 Pelham filed and bank account tunover completed

9/24/15- file report re Bay Commercial stock sales

Exhibit 8

Page: 5

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 14-30726-BLH | Trustee: | (007880) | Janina M. Hoskins |
|---|---|---|---|---|
| Case Name: | CARROLL, REGAN | Filed (f) or Converted (c): | 05/11/14 (f) | |
| | | §341(a) Meeting Date: | 06/18/14 | |
| Period Ending: 03/14/17 | | Claims Bar Date: | 09/06/14 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

10/1/15- confirm abandonment of records

11/2/15- f.u.r e IRS claim and liability basis against Estate

12/23/15- year end case review

1/16/16- confirm Jadallah claim compromise

3/11/16- confirm Cloobeck Order- pay Redland CA taxes- dkc. 181- pay

4/1/16- confirm strategy re IRS claim issues

4/20/16- IRS objection filed

6/8/16- Confirm IRS objection resolved and payment issues done, need CA 2016 tax refund

9/13/16- confirm all reports of sale filed, review re updated claims, analysis re closing

4/19/16- IRS objection filed and then close case

6/8/16- IRS objection resolved, pending payment on CA 2016 tax refund then close

| Initial Projected Date Of Final Report (TFR): | December 31, 2016 | Current Projected Date Of Final Report (TFR): | October 31, 2016 (Actual) |
|---|---|---|---|

March 14, 2017 _____

Date

/s/ Janina M. Hoskins _____

Janina M. Hoskins

Case: 14-30726   Doc# 212   Filed: 03/22/17   Entered: 03/22/17 09:04:48   Page 15 of 22

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 14-30726-BLH | | Trustee: | Janina M. Hoskins (007880) |
|---|---|---|---|---|
| Case Name: | CARROLL, REGAN | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3966 - Checking Account |
| Taxpayer ID #: | **-***5839 | | Blanket Bond: | $68,238,664.00  (per case limit) |
| Period Ending: | 03/14/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/11/14 | {32} | Farmer's Insurance | insurance refund | 1229-000 | 27.29 | | 27.29 |
| 07/14/14 | {33} | Wyoming State Bar Foundation - Trust Account Meinecke & Sitz | retainer refund | 1129-000 | 157.16 | | 184.45 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 174.45 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 164.45 |
| 09/09/14 | {14} | Regan Carroll | remainder of life insurance non exempt portion- debtor turnover | 1129-000 | 1,336.73 | | 1,501.18 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,491.18 |
| 10/06/14 | | North American Title Company, Inc. | net sales proceeds from liquidation of Condo located at 1169 Tennessee Street, SF | | 236,988.38 | | 238,479.56 |
| | {42} | | Gross Sales Proceeds re sale of Condo          285,000.00 | 1129-000 | | | 238,479.56 |
| | | Property Management Systems | Commission to realtor for Estate          -8,550.00 | 3510-000 | | | 238,479.56 |
| | | Vanguard Properties | Commission to buyer's agent          -7,125.00 | 3510-000 | | | 238,479.56 |
| | | San Francisco Tax Collector | Pro rated real property taxes          -865.15 | 2820-000 | | | 238,479.56 |
| | | North American Title Company | Title fees re recording and CA withholding processing          -90.00 | 2500-000 | | | 238,479.56 |
| | | 1155-1177 Tennessee Street Owners Assn | HOA lien and assessments          -12,558.44 | 4120-000 | | | 238,479.56 |
| | | State of California- Franchise Tax Board | California Mandatory Withholding          -9,490.50 | 2820-000 | | | 238,479.56 |
| | | San Francisco County Tax Collector | Defaulted real property taxes          -9,067.35 | 4700-000 | | | 238,479.56 |
| | | JCP-LGS Reports Natural Hazard Disclosures | Natural Hazard Report Fee          -142.95 | 2500-000 | | | 238,479.56 |
| | | San Francisco County Tax Collector | Real property taxes to COE from 9/30/14          -113.77 | 2820-000 | | | 238,479.56 |
| | | 1155-1177 HOA | Pro rated October, 2014 HOA dues          -8.46 | 2990-000 | | | 238,479.56 |
| 10/17/14 | | To Account #******3967 | transfer of proceeds from sale of Condo- Redland Group Asset | 9999-000 | | 236,988.38 | 1,491.18 |
| 12/02/14 | 101 | U.S. Treasury | 94-6769721   2013 Form 1041 | 5800-000 | | 390.00 | 1,101.18 |
| 12/02/14 | 102 | South Carolina Dept. of Revenue | 94-6769721   2013 Form SC1041 | 5800-000 | | 219.00 | 882.18 |
| 12/18/14 | {28} | Doug Mackaman | purchase of forklift- Skytrak | 1129-000 | 20,000.00 | | 20,882.18 |

Subtotals :   $258,509.56   $237,627.38

Case: 14-30726   Doc# 212   Filed: 03/22/17   Entered: 03/22/17 09:04:40   Page 16 of 22

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 14-30726-BLH | |
| **Case Name:** | CARROLL, REGAN | |
| **Taxpayer ID #:** | **-***5839 | |
| **Period Ending:** | 03/14/17 | |

| | |
|---|---|
| **Trustee:** | Janina M. Hoskins (007880) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******3966 - Checking Account |
| **Blanket Bond:** | $68,238,664.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/22/14 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/22/2014 FOR CASE #14-30726, 2015 Bond Premium | 2300-000 | | 264.74 | 20,617.44 |
| 03/10/15 | 104 | Franchise Tax Board | FEIN 94-3352546  2015 Form 100ES | 2820-000 | | 2,400.00 | 18,217.44 |
| 03/10/15 | 105 | South Carolina Dept. of Revenue | FEIN 94-3352546, SC Corp. File No. 20533329-0 | 5800-000 | | 368.00 | 17,849.44 |
| 03/17/15 | {34} | Don Rinkor Rare Coins | Liquidation of misc. silver and gold coins- received 3/16/15 | 1229-000 | 1,142.00 | | 18,991.44 |
| 03/18/15 | | INTERNATIONAL SURETIES, LTD. | Jan 2015 Bond reversal- refund | 2300-002 | | -109.57 | 19,101.01 |
| 04/02/15 | {36} | U.S. Treasury | 2013 refund- Federal | 1224-000 | 392.85 | | 19,493.86 |
| 06/11/15 | {35} | State of California | 2013 state tax refund- pre-petition | 1224-000 | 40,451.00 | | 59,944.86 |
| 07/06/15 | | West Auctions, Inc. | Net auction proceeds- 1996 Dodge | | 1,873.87 | | 61,818.73 |
| | {24} | | | 3,051.00 | 1129-000 | | 61,818.73 |
| | | West Auctions | Auctioneer expenses | -811.01 | 3620-000 | | 61,818.73 |
| | | West Auctions | 12% commission | -366.12 | 3610-000 | | 61,818.73 |
| 08/13/15 | {37} | State of California | 2014 refund | 1224-000 | 9,490.50 | | 71,309.23 |
| 09/24/15 | | Wedbush | sale of Bay Commercial Stock | | 9,679.76 | | 80,988.99 |
| | {15} | | Gross stock settlement funds | 9,987.50 | 1129-000 | | 80,988.99 |
| | | Western Financial Corp. | transaction and account activity charges | -307.74 | 3992-000 | | 80,988.99 |
| 01/14/16 | 106 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2016 FOR CASE #14-30726, 2016 Bond premium | 2300-000 | | 569.05 | 80,419.94 |
| 09/08/16 | {39} | State of California | FTB refund re final tax return | 1224-002 | 43,854.18 | | 124,274.12 |
| 12/26/16 | 107 | Dentons US LLP | Final Fee application for counsel- docket no. 208 | 3210-000 | | 47,727.50 | 76,546.62 |
| 12/26/16 | 108 | Dentons US LLP | Final expenses for counsel- dockt 208 | 3220-000 | | 189.26 | 76,357.36 |
| 01/18/17 | | To Account #******3967 | close out transfer balance to consolidate accounts | 9999-000 | | 76,357.36 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 365,393.72 | 365,393.72 | $0.00 |
| Less: Bank Transfers | 0.00 | 313,345.74 | |
| **Subtotal** | 365,393.72 | 52,047.98 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$365,393.72** | **$52,047.98** | |

{} Asset reference(s)                                                                                      Printed: 03/14/2017 10:33 AM    V.13.28

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 14-30726-BLH | **Trustee:** | Janina M. Hoskins (007880) |
| **Case Name:** CARROLL, REGAN | **Bank Name:** | Rabobank, N.A. |
| | **Account:** | ******3967 - Checking Account |
| **Taxpayer ID #:** **-***5839 | **Blanket Bond:** | $68,238,664.00 (per case limit) |
| **Period Ending:** 03/14/17 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/17/14 | | From Account #******3966 | transfer of proceeds from sale of Condo-Redland Group Asset | 9999-000 | 236,988.38 | | 236,988.38 |
| 10/21/14 | 101 | United States Treasury | FEIN 94-3352546 2013 Form 1120S | 5800-000 | | 390.00 | 236,598.38 |
| 10/21/14 | 102 | South Carolina Dept. of Revenue | SC File #20052169-4 and 2014 License Fee | 5800-000 | | 476.00 | 236,122.38 |
| 10/21/14 | 103 | Franchise Tax Board | FEIN 94-3352546 2014 Form 100ES | 2820-000 | | 2,732.00 | 233,390.38 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 274.61 | 233,115.77 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 303.77 | 232,812.00 |
| 12/01/14 | 104 | State of California | The Redland Group- 2077800000- 2012 tax liability: | 5800-000 | | 3,174.03 | 229,637.97 |
| 12/08/14 | 105 | South Carolina Secretary of State | The Redland Group: FEIN 943352546 Voided on 01/20/15 | 2820-000 | | 25.00 | 229,612.97 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 389.02 | 229,223.95 |
| 01/20/15 | 105 | South Carolina Secretary of State | The Redland Group: FEIN 943352546 Voided on: check issued on 12/08/14 | 2820-000 | | -25.00 | 229,248.95 |
| 01/20/15 | 106 | South Carolina Dept. of Revenue | Annual Report Fee: Rec. # 1084258527 | 5800-000 | | 43.04 | 229,205.91 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 359.39 | 228,846.52 |
| 02/16/15 | {43} | Steve Counselman | Earnest money deposit (2 of 2) re purchase of Tennessee street lots - title held by Redland Group | 1129-002 | 16,050.00 | | 244,896.52 |
| 02/16/15 | {43} | Steve Counselman | Earnest Money deposit (1 of 2) re purchase of Tennessee street lots: title held by the Redland Group | 1129-002 | 23,100.00 | | 267,996.52 |
| 02/26/15 | 107 | North American Title Company | Deposit to escrow from Counselman re purchase of lots: Asset 43-1158 Mississipi-Potreo Hill Lots | 5600-002 | | 39,150.00 | 228,846.52 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 351.78 | 228,494.74 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 386.84 | 228,107.90 |
| 04/02/15 | | North American Title Company | net sale proceeds from escrow re sale of 3 lots-The Redland Group | | 1,176,439.48 | | 1,404,547.38 |
| | {43} | | Gross sales prices re 3 lots: the Redland Group | 1,305,000.00 | 1129-000 | | 1,404,547.38 |
| | {43} | | pro rated taxes due to Estate re sale | 593.19 | 1129-000 | | 1,404,547.38 |
| | | Franchise Tax Board | FTB mandatory withholding | -43,457.00 | 2820-000 | | 1,404,547.38 |
| | | MTK Properties | commissions paid to realtor for buyer | -39,150.00 | 3510-000 | | 1,404,547.38 |
| | | Property Management Systems | Commission paid to | -39,150.00 | 3510-000 | | 1,404,547.38 |

| | | | Subtotals : | | $1,452,577.86 | $48,030.48 | |
|---|---|---|---|---|---|---|---|

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 14-30726-BLH | | | **Trustee:** | Janina M. Hoskins (007880) | |
| **Case Name:** | CARROLL, REGAN | | | **Bank Name:** | Rabobank, N.A. | |
| | | | | **Account:** | ******3967 - Checking Account | |
| **Taxpayer ID #:** | **-***5839 | | | **Blanket Bond:** | $68,238,664.00 (per case limit) | |
| **Period Ending:** | 03/14/17 | | | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | seller's agent | | | | |
| | | Property ID | Natural Hazard Report -99.00 | 2500-000 | | | 1,404,547.38 |
| | | North American Title | FTB processing fee paid -45.00 by title company | 2500-000 | | | 1,404,547.38 |
| | | North American Title Company | Recording fees -60.00 | 2500-000 | | | 1,404,547.38 |
| | | San Francisco County Tax Collector | San Francisco County -7,192.71 RealProperty taxes | 2820-000 | | | 1,404,547.38 |
| 04/06/15 | {40} | Sean Gorman | Purchase of Estate's interest in 4250 Orchard Park, LLC:Owned by The Redmond Group | 1129-000 | 135,000.00 | | 1,539,547.38 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,027.87 | 1,537,519.51 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,164.88 | 1,535,354.63 |
| 06/04/15 | | Brian A Martin. LLC as agent for buyer | net sales proceeds 400 Pelham | | 62,919.82 | | 1,598,274.45 |
| | {41} | | Sale of 400 Pelham 910,000.00 Road: 713-715 San Bruno Ave, Inc. | 1129-000 | | | 1,598,274.45 |
| | | Vista Bank | payoff of first position -759,423.10 deed of trust | 4110-000 | | | 1,598,274.45 |
| | | Coldwell Bank Caine | commission to realtor for -27,300.00 Estate | 3510-000 | | | 1,598,274.45 |
| | | Landston Black Real Estate | split of commission to -27,300.00 realtor for buyer | 3510-000 | | | 1,598,274.45 |
| | | County Revenue Stamps | County stamp transfer -1,683.50 fees | 2820-000 | | | 1,598,274.45 |
| | | Bell, Carrington & Price | escrow legal fees -1,500.00 | 3210-600 | | | 1,598,274.45 |
| | | Brian A. Martin, LLC | deed preparation and -137.50 courier fees | 2500-000 | | | 1,598,274.45 |
| | | County real property taxes- 2015 pro rated | 2015 pro rated real -8,424.42 property taxes | 2820-000 | | | 1,598,274.45 |
| | | 400 Pelham Park, LLC | May and June 2015 rent -21,311.66 credits to buyer | 2500-000 | | | 1,598,274.45 |
| 06/25/15 | {41} | Vista Bank | turnover of bank account deposits- rents, less mortgage payments, from 713-715 san Bruno Avenue, Inc. | 1129-000 | 20,503.56 | | 1,618,778.01 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,502.79 | 1,616,275.22 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,493.43 | 1,613,781.79 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,336.59 | 1,611,445.20 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,584.30 | 1,608,860.90 |
| | | | Subtotals : | | $218,423.38 | $14,109.86 | |

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 14-30726-BLH | | | | **Trustee:** Janina M. Hoskins (007880) | | |
| **Case Name:** CARROLL, REGAN | | | | **Bank Name:** Rabobank, N.A. | | |
| | | | | **Account:** ******3967 - Checking Account | | |
| **Taxpayer ID #:** **-***5839 | | | | **Blanket Bond:** $68,238,664.00 (per case limit) | | |
| **Period Ending:** 03/14/17 | | | | **Separate Bond:** N/A | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,430.60 | 1,606,430.30 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,346.20 | 1,604,084.10 |
| 12/10/15 | 108 | Dentons US LLP | Interim fee award= Docket 166 | 3210-000 | | 189,368.00 | 1,414,716.10 |
| 12/10/15 | 109 | Dentons US LLP | Interim expense award= Docket 166 | 3220-000 | | 1,030.83 | 1,413,685.27 |
| 12/10/15 | 110 | BACHEKI, CROM & CO., CPA'S | Interim fee award- Dockt 167<br>Stopped on 01/05/16 | 3410-000 | | 190,973.50 | 1,222,711.77 |
| 12/10/15 | 111 | BACHEKI, CROM & CO., CPA'S | Interim expense award= Dockt. 167<br>Stopped on 01/05/16 | 3420-000 | | 559.49 | 1,222,152.28 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,529.40 | 1,219,622.88 |
| 01/05/16 | 110 | BACHEKI, CROM & CO., CPA'S | Interim fee award- Dockt 167<br>Stopped: check issued on 12/10/15 | 3410-000 | | -190,973.50 | 1,410,596.38 |
| 01/05/16 | 111 | BACHEKI, CROM & CO., CPA'S | Interim expense award= Dockt. 167<br>Stopped: check issued on 12/10/15 | 3420-000 | | -559.49 | 1,411,155.87 |
| 01/05/16 | 112 | BACHEKI, CROM & CO., CPA'S | First interim fees for accountants- Dckt. 167 | 3410-000 | | 190,973.50 | 1,220,182.37 |
| 01/05/16 | 113 | BACHEKI, CROM & CO., CPA'S | First interim expenses- accountant: Dckt. 167 | 3420-000 | | 559.49 | 1,219,622.88 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,904.15 | 1,217,718.73 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,800.01 | 1,215,918.72 |
| 03/11/16 | 114 | Franchise Tax Board | 2015 Form 100S FEIN 94-3352546: The Redland Group | 2820-000 | | 5,656.00 | 1,210,262.72 |
| 03/14/16 | {38} | State of South Carolina, Office of State Treasurer | Redland Group tax refund- post petition | 1224-000 | 110.00 | | 1,210,372.72 |
| 03/16/16 | {38} | State of South Carolina, Office of State Treasurer | adjustment to correct deposit amount- bank recon entry | 1229-000 | 1.00 | | 1,210,373.72 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,043.35 | 1,208,330.37 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,786.99 | 1,206,543.38 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,784.51 | 1,204,758.87 |
| 06/09/16 | 115 | Department of the Treasury | Lien recorded12/16/2008- No. 496883708: In re Regan Carroll Case no 14-30726, payment in full on claim no. 9 per Court Orders- Dckt. 185 and 189 | 4110-000 | | 777,335.82 | 427,423.05 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,507.75 | 425,915.30 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 702.09 | 425,213.21 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 797.82 | 424,415.39 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 768.18 | 423,647.21 |
| 01/18/17 | | From Account #******3966 | close out transfer balance to consolidate accounts | 9999-000 | 76,357.36 | | 500,004.57 |
| 01/18/17 | 116 | Janina M. Hoskins | Dividend paid 100.00% on $171.40, Trustee Expenses; Reference: | 2200-000 | | 171.40 | 499,833.17 |

| | | Subtotals : | $76,468.36 | $1,185,496.09 | |
|---|---|---|---|---|---|

{} Asset reference(s)

Exhibit 9

Page: 6

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-30726-BLH | **Trustee:** Janina M. Hoskins (007880) |
| **Case Name:** CARROLL, REGAN | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******3967 - Checking Account |
| **Taxpayer ID #:** **-***5839 | **Blanket Bond:** $68,238,664.00 (per case limit) |
| **Period Ending:** 03/14/17 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/17 | 117 | BACHEKI, CROM & CO., CPA'S | Dividend paid 100.00% on $223,969.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 32,996.00 | 466,837.17 |
| 01/18/17 | 118 | BACHEKI, CROM & CO., CPA'S | Dividend paid 100.00% on $658.74, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 99.25 | 466,737.92 |
| 01/18/17 | 119 | Janina M. Hoskins | Dividend paid 100.00% on $104,346.10, Trustee Compensation; Reference: | 2100-000 | | 104,346.10 | 362,391.82 |
| 01/18/17 | 120 | South Carolina Dept. of Revenue | Dividend paid 100.00% on $335.72, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes); Reference: | 2820-000 | | 335.72 | 362,056.10 |
| 01/18/17 | 121 | Capital One Bank (USA), N.A. | Distribution paid on allowed claim per Trustee's Final Account and Report: 96.37% on $1,582.62; Claim# 1 -1; Filed: $1,582.62; Reference: | 7100-000 | | 1,525.24 | 360,530.86 |
| 01/18/17 | 122 | Capital One Bank (USA), N.A. | Distribution paid on allowed claim per Trustee's Final Account and Report: 96.37% on $959.56; Claim# 2 -1; Filed: $959.56; Reference: | 7100-000 | | 924.76 | 359,606.10 |
| 01/18/17 | 123 | Moto Group | Distribution paid on allowed claim per Trustee's Final Account and Report: 96.37% on $111,146.66; Claim# 3 -1; Filed: $111,146.66; Reference: | 7100-000 | | 107,115.89 | 252,490.21 |
| 01/18/17 | 124 | CERASTES, LLC | Distribution paid on allowed claim per Trustee's Final Account and Report: 96.37% on $8,991.64; Claim# 5 -1; Filed: $8,991.64; Reference: | 7100-000 | | 8,665.56 | 243,824.65 |
| 01/18/17 | 125 | The Moto Group | Distribution paid on allowed claim per Trustee's Final Account and Report: 96.37% on $19,668.53; Claim# 6 -1; Filed: $19,668.53; Reference: | 7100-000 | | 18,955.24 | 224,869.41 |
| 01/18/17 | 126 | MacMurray Pacific | Distribution paid on allowed claim per Trustee's Final Account and Report: 96.37% on $2,114.41; Claim# 7 -1; Filed: $2,114.41; Reference: | 7100-000 | | 2,037.73 | 222,831.68 |
| 01/18/17 | 127 | American Express Centurion Bank | Distribution paid on allowed claim per Trustee's Final Account and Report: 96.37% on $2,124.82; Claim# 8 -1; Filed: $2,124.82; Reference: | 7100-000 | | 2,047.76 | 220,783.92 |
| 01/18/17 | 128 | Ameritech Computer Services Inc | Distribution paid on allowed claim per Trustee's | 7100-000 | | 4,689.85 | 216,094.07 |

| | | | Subtotals : | | $0.00 | $283,739.10 | |

{} Asset reference(s)                                                                                           Printed: 03/14/2017 10:33 AM    V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 14-30726-BLH | Trustee: Janina M. Hoskins (007880) |
| Case Name: CARROLL, REGAN | Bank Name: Rabobank, N.A. |
| | Account: ******3967 - Checking Account |
| Taxpayer ID #: **-***5839 | Blanket Bond: $68,238,664.00 (per case limit) |
| Period Ending: 03/14/17 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Final Account and Report:  96.37% on $4,866.33; Claim# 11 -1; Filed: $4,866.33; Reference: | | | | |
| 01/18/17 | 129 | state comp ins fund | Distribution paid on allowed claim per Trustee's Final Account and Report:  96.37% on $1,111.21; Claim# 12 -1; Filed: $1,111.21; Reference: | 7100-000 | | 1,070.91 | 215,023.16 |
| 01/18/17 | 130 | Sean Gorman | Distribution paid on allowed claim per Trustee's Final Account and Report:  96.37% on $49,064.36; Claim# 13 -1; Filed: $49,064.36; Reference: | 7100-000 | | 47,285.03 | 167,738.13 |
| 01/18/17 | 131 | Charles I. Jadallah | Distribution paid on allowed claim per Trustee's Final Account and Report:  96.37% on $150,000.00; Claim# 16U-1; Filed: $750,000.00; Reference: | 7100-000 | | 144,560.20 | 23,177.93 |
| 01/18/17 | 132 | Joan Desmond | Distribution paid on allowed claim per Trustee's Final Account and Report:  96.37% on $24,031.70; Claim# 19 -1; Filed: $24,031.70; Reference: | 7100-000 | | 23,160.18 | 17.75 |
| 01/18/17 | 133 | South Carolina Dept. of Revenue | Distribution paid on allowed claim per Trustee's Final Account and Report:  96.37% on $18.42; Claim# 18U--1; Filed: $18.42; Reference: | 7100-000 | | 17.75 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 1,747,469.60 | 1,747,469.60 | $0.00 |
| Less: Bank Transfers | 313,345.74 | 0.00 | |
| **Subtotal** | 1,434,123.86 | 1,747,469.60 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $1,434,123.86 | $1,747,469.60 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******3966** | 365,393.72 | 52,047.98 | 0.00 |
| **Checking # ******3967** | 1,434,123.86 | 1,747,469.60 | 0.00 |
| | $1,799,517.58 | $1,799,517.58 | $0.00 |

| | |
|---|---|
| March 14, 2017 | /s/ Janina M. Hoskins |
| Date | Janina M. Hoskins |

Case: 14-30726   Doc# 212   Filed: 03/22/17   Entered: 03/22/17 09:04:40   Page 22 of 22